**Sandy GRODZIN, Appellant,**

v.

**Michael J. ASTRUE, Commissioner of Social Security, Appellee.**

No. 09–3666.

United States Court of Appeals, Eighth Circuit.

Submitted: April 21, 2010.

Filed: April 28, 2010.

Before BYE, COLLOTON, and SHEPHERD, Circuit Judges.

PER CURIAM.

Sandy Grodzin appeals the district court's [1] order affirming the denial of widow's insurance benefits. We grant Grodzin leave to appeal in forma pauperis. Having carefully reviewed the record, *see Wildman v. Astrue,* 596 F.3d 959, 963–64 (8th Cir.2010) (standard of review), we agree with the district court that the decision at issue here is supported by substantial evidence on the record as a whole. Accordingly, we affirm. *See* 8th Cir. R. 47B.

1. The Honorable Charles B. Kornmann, United States District Judge for the District of South Dakota, adopting the report and recommendations of the Honorable John E. Simko, United States Magistrate Judge for the District of South Dakota.